Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
-----------------------------------------------------------------X
HECTOR BUESTAN                          : 07-CV-04456-AKH
:
                         Plaintiff,     : **NOTICE OF ADOPTION**
                                        : **OF ANSWER**
         - against -                    : **TO MASTER COMPLAINT**
                                        : **BY MERRILL LYNCH**
ALAN KASMAN D/B/A KASCO, *et al.*,      :
                                        : **ELECTRONICALLY FILED**
                         Defendants.    :
-----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

2

| | |
|---|---|
| Dated: New York, New York<br>September 14, 2007 | DICKSTEIN SHAPIRO LLP<br><br>By:    /s/  Judith R. Cohen<br>_____<br>Robert J. Higgins (RH-6477)<br>Judith R. Cohen (JC-8614)<br>Kenneth H. Frenchman (KF-3635)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Phone: (212) 277-6500<br>Fax: (212) 277-6501<br>*Attorneys for Defendant*<br>MERRILL LYNCH & CO., INC. |