UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE WORLD TRADE CENTER LOWER                                 :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                             :
                                                               :
                                                               :
---------------------------------------------------------------X
HECTOR BUESTAN                                                 :  07-CV-04456-AKH
                                                               :
                               Plaintiff,                      :  **APPEARANCE**
                                                               :
     - against -                                               :
                                                               :  **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*,                             :
                                                               :
                               Defendants.                     :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York　　　　　　　DICKSTEIN SHAPIRO LLP
　　　　　October 3, 2007

　　　　　　　　　　　　　　　　　By:　　　/s/  Judith R. Cohen
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judith R. Cohen (JC-8614)
　　　　　　　　　　　　　　　　　　　　1177 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Phone: (212) 277-6500
　　　　　　　　　　　　　　　　　　　　Fax: (212) 277-6501

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　MERRILL LYNCH & CO., INC.

DOCSNY-271373v01